```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
           Case No. 20-cv-25070-CV-GRAHAM/MCALILEY
```

ZONIA ROMAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Report and Recommendation (ECF No. 22) on Plaintiff's Motion for Attorneys' Fees and Costs. (ECF No. 21).

On February 28, 2022, the Honorable United States Magistrate Judge Chris M. McAliley issued a Report and Recommendation recommending that the Court grant Plaintiff's Motion and award Plaintiff $1022.43 in attorneys' fees pursuant to the EAJA (ECF No. 20). As of the date of this Order, the parties have filed no objections.

After a careful review of the record, this Court affirms the Report and Recommendation, finding it demonstrates an exhaustive review of the record and makes findings consistent with the law.

Accordingly, it is hereby

**ORDERED AND AJUDGED** that United States Magistrate Judge Chris M. McAliley's Report and Recommendation (ECF No. 22) is hereby **RATIFIED, AFFIRMED and APPROVED in its entirety**. It is further

**ORDERED AND AJUDGED** that Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 21) is hereby **GRANTED**. Plaintiff is awarded $1028.28 in attorneys' fees.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of March, 2022.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record